UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MYKA B. TALLEY                                                                        PLAINTIFF
ADC #144315

V.                              No. 2:18CV00133-JM-JTR

JUSTINE McDANIEL,
Nurse, EARU, *et al*.                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

1. Defendants' Motion for Partial Summary Judgment (Doc. 30) is GRANTED in part and DENIED in part.

2. Mr. Talley's claims against Greg Rechcigl, Tammy Kimble and Tameka Kirkwood are DISMISSED, WITHOUT PREJUDICE.

3. Mr. Talley may PROCEED with his claims against Melody Cook and Justine McDaniel.

Dated this 11th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE