UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MYKA B. TALLEY**  **PLAINTIFF**
ADC #144315

V.  No. 2:18-CV-00133-JM-JTR

**JUSTINE McDANIEL,**
Nurse, EARU, *et al.*  **DEFENDANTS**

### ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' Motion for Summary Judgment *(Doc. 50)* is GRANTED. Mr. Talley's claims are DISMISSED, with prejudice. All other pending motions are DENIED as moot.

IT IS SO ORDERED this 17th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE