UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MYKA B. TALLEY**                                                                                          **PLAINTIFF**
ADC #144315

V.                                          No. 2:18-CV-00133-JM-JTR

**JUSTINE McDANIEL,**
Nurse, EARU, *et al.*                                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice.

All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 17th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE